■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JARED ERRINGTON, Appellant. [762 NYS2d 524] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gary, J.), rendered November 3, 2000, convicting him of robbery in the second degree, upon a jury verdict, and sentencing him to a determinate term of 15 years imprisonment.

Ordered that the judgment is modified, as a matter of discretion in the interest of justice, by vacating the sentence imposed thereon; as so modified, the judgment is affirmed, and the matter is remitted to the Supreme Court, Kings County, for resentencing by a different Justice.

The sentencing court's remarks demonstrated that it improperly considered crimes of which the defendant was acquitted as a basis for sentencing (*see People v Reeder*, 298 AD2d 468 [2002]; *People v Innis*, 288 AD2d 236 [2001]; *People v Santiago*, 277 AD2d 258 [2000]). Accordingly, the matter must be remitted to the Supreme Court, Kings County, for resentencing before a different Justice.

The defendant's remaining contentions either are unpreserved for appellate review or without merit. Santucci, J.P., McGinity, Townes and Mastro, JJ., concur.